# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv101

| | |
|---|---|
| **NASEEM AHMED,** *et al.*, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **ANTHONY PORTER, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on the court's own motion to settle the pleadings. The court's review of the docket reveals that at least one pleading was not filed with the removal papers, that being the plaintiffs' Motion to Stay Arbitration, which was filed in state court. While the court has defendant UCB's response (#21), the court does not have the motion. Counsel for the removing party shall forthwith file such pleading with this court along with any other pleading filed in state court and not included in the removal package. If defendant UCB was served with such prior to removal, defendant UCB may have also overlooked copies of summonses and proofs of service. See 28 U.S.C. § 1446(a).

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant UCB forthwith bring the record into compliance with this Order and 28, United States Code, Section 1446(a) or certify there has been full compliance with Section 1446(a).

Signed: March 23, 2009

Dennis L. Howell
United States Magistrate Judge