# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 CV 101

| | |
|---|---|
| NASEEM AHMED, et al, ) | |
|     Plaintiffs ) | |
| V ) | **ORDER** |
| ANTHONY PORTER, et. al., ) | |
|     Defendants ) | |

**THIS MATTER** is before the court on Steven Brent McFarland's Application for Admission to Practice *Pro Hac Vice* of Thomas William McGee, III. It appearing that Thomas William McGee, III is a member in good standing with the South Carolina Bar and will be appearing with Steven Brent McFarland, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Steven Brent McFarland's Application for Admission to Practice *Pro Hac Vice* (#105) of Thomas William McGee, III is **GRANTED**, and that Thomas William McGee, III is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Steven Brent McFarland.

Signed: April 28, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge