# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:09cv101

| | | |
|---|---|---|
| NASEEM AHMED, *et al.*, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ANTHONY PORTER, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on Carolina First Bank's Motion to Be Excused from Hearing on April 29, 2009. Having considered Carolina First Bank's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Carolina First Bank's Motion to Be Excused from Hearing on April 29, 2009 (#109) is **GRANTED,** and such defendant and their counsel are excused from attending the hearing.

Signed: April 28, 2009

Dennis L. Howell
United States Magistrate Judge