# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv101

| | |
|---|---|
| NASEEM AHMED, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ANTHONY PORTER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the following motions:

(1) Source One Properties', Source One Communities', H. Lee Farthing's, and Stephen M. Rayborn's Motion for Leave to Not Attend April 29, 2009 Hearing (#102);

(2) Branch banking and Trust Company's Motion to be Excused from Hearing on April 29, 2009 (#103);

(3) Robert R. Sparks', Ronald R. Parry's, and Parry Deering Furscher & Sparks, PSC's, John Yanchunis', James Hoyer Newcomer & Smiljanich, PA's, Max O. Cogburn, Jr.'s, and Cogburn & Brazil's Motion for Leave to Withdraw as Counsel for Plaintiff Aniekan Emmanuel Offiong (#106); and

-1-

(4) Robert R. Sparks', Ronald R. Parry's, and Parry Deering Furscher & Sparks, PSC's, John Yanchunis', James Hoyer Newcomer &Smiljanich, PA's, Max O. Cogburn, Jr.'s, and Cogburn & Brazil's Motion for Leave to Withdraw as Counsel for Plaintiff Jennifer Obiora (#106).

Such motions were received on the eve of a hearing. Having considered such motions the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that

(1) Source One Properties', Source One Communities', H. Lee Farthing's, and Stephen M. Rayborn's Motion for Leave to Not Attend April 29, 2009 Hearing (#102) is **ALLOWED**;

(2) Branch banking and Trust Company's Motion to be Excused from Hearing on April 29, 2009 (#103) is **ALLOWED**;

(3) Robert R. Sparks', Ronald R. Parry's, and Parry Deering Furscher & Sparks, PSC's, John Yanchunis', James Hoyer Newcomer &Smiljanich, PA's, Max O. Cogburn, Jr.'s, and Cogburn & Brazil's Motion for Leave to Withdraw as Counsel for Plaintiff Aniekan Emmanuel Offiong (#106) is **ALLOWED**; and

(4) Robert R. Sparks', Ronald R. Parry's, and Parry Deering Furscher &

Sparks, PSC's, John Yanchunis', James Hoyer Newcomer &Smiljanich, PA's, Max O. Cogburn, Jr.'s, and Cogburn & Brazil's Motion for Leave to Withdraw as Counsel for Plaintiff Jennifer Obiora (#106) is **ALLOWED**.

Plaintiffs who are now proceeding without counsel are advised that they are now personally responsibly for complying with all Orders of this court, the Federal Rules of Civil Procedure, and the Local Civil Rules. They are advised that when the court issues an Order requiring the appearance of all parties or their attorneys, they are now responsible for attending such hearing and that their failure to attend may be a basis for dismissal of their claim. They are advised that it is their own responsibility to keep the Clerk of this court advised as to their current mailing address and that when they file any paper with this court, they must send a copy of such writing to all counsel and all represented parties of record and certify in their writing that they have done so. Finally, they are advised that while they have the right to proceed without counsel, doing so is not advisable and that they should promptly seek counsel as important rights may be at issue in this action.

Signed: April 28, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge