# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 CV 101

| | |
|---|---|
| NASEEM AHMED, et al, ) | |
| Plaintiffs ) | |
| V ) | **ORDER** |
| ANTHONY PORTER, et. al., ) | |
| Defendants ) | |

**THIS MATTER** is before the court on Max O. Cogburn, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Robert R. Sparks. It appearing that Robert R. Sparks is a member in good standing with the Kentucky Bar and will be appearing with Max O. Cogburn, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Max O. Cogburn, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#111) of Robert R. Sparks is **GRANTED**, and that Robert R. Sparks is **ADMITTED** to practice, *pro hac vice,* before the Bar of this court while associated with Max O. Cogburn, Jr.

Signed: May 1, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge