# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

CIVIL NO. 1:09CV101

| | |
|---|---|
| NASEEM AHMED, *et al.*, <br><br>This document only relates to: <br>GREGORY and DANIELLE BREUNICH; NATASHA BEALE; CHARLES and SARAH CATES; WILLIAM CHEAL; LAWRENCE and PATRICIA DOMONKOS; THOMAS and MARIA HAAR; BRANDON GOLDSTEIN; JOHNNY and NADINE MARONEY; THEODORE and JESSICA MEEK; THEODORE MEEKMA; OBIORA and ADRIENNE NWUDE; AKINLOLU OLANEGAN; MICHAEL and STEPHANIE PEREZ; JAMAL PRITCHARD; MICHAEL and CHRISTINE REED; JOE and JANIS SCHLEGEL; NANCY SCOTT; MICHAEL and DONNA STEAD; DAVID TERRELL; TOMIKA WOODS; TAMIKA WRIGHT; JOHN COONEY; CHARLES and BRIGITTE McCARTHY; and GERARDO and KAREN CARCAMO, <br><br>Plaintiffs, <br><br>Vs. <br><br>ANTHONY PORTER, *et al.*, <br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the captioned Plaintiffs' motion for voluntary dismissal of their claims against all the Defendants pursuant to Fed. R. Civ. P. 41(a)(2).

For the reasons stated in the motion and there appearing that all matters in controversy between these parties have been resolved and settled,

**IT IS, THEREFORE, ORDERED** that the captioned Plaintiffs' motion to dismiss is **ALLOWED**, and all their claims against all the Defendants herein are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: August 19, 2009

Lacy H. Thornburg
United States District Judge