# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv101

| | |
|---|---|
| **NASEEM AHMED,** *et al.*, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **ANTHONY PORTER,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant Secor Group, LLC's Motion for Enlargement of Time to Respond to Second Amended Complaint. In that motion, such defendant makes a representation that with the exception of the subset of plaintiffs who filed the instant Amended Complaint, the remainder of the plaintiffs have ignored the deadline set by the district court requiring the filing of a More Definite Statement. Having considered defendant Secor Group, LLC's motion and reviewed the pleadings, the court will allow the requested relief. There being a suggestion of record that an Order of the court has been disobeyed, a hearing will be set.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant Secor Group, LLC's Motion for Enlargement of Time to Respond to Second Amended Complaint (#8) is **GRANTED,** and such defendant is **ALLOWED** up to and inclusive of September 30, 2009, to so Answer or otherwise respond to the specified Amended Complaint; and

**IT IS FURTHER ORDERED** that upon suggestion of disobedience of a court Order made upon the record, all counsel of record and all unrepresented parties shall appear for a hearing to determine whether the Order of the district court has been disobeyed and what, if any, sanctions should be imposed. Such hearing is set for September 21, 2009, at 2 p.m. in Asheville.

Signed: September 10, 2009

Dennis L. Howell
United States Magistrate Judge