IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09cv101

| NASEEM AHMED, *et al.*, | ) |  |
|---|---|---|
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) |  |
| Vs. | ) | ORDER |
|  | ) |  |
| ANTHONY PORTER, *et al.*, | ) |  |
|  | ) |  |
| **Defendants.** | ) |  |
| _____ | ) |  |

**THIS MATTER** is before the court on defendant Branch Banking and Trust Company's Motion to be Terminated from the Court's Docket and Excused from Hearing. Review of the pleadings reveals that all claims asserted by or against Defendant BB&T were resolved on September 3, 2009, when plaintiffs' filed their Second Amended Complaint, not naming therein BB&T. Having considered defendant Branch banking and Trust Company's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant Branch Banking and Trust Company's Motion to be Terminated from the Court's Docket and Excused from

-1-

Hearing (#149) is **GRANTED,** and BB&T is **TERMINATED** as a party to this action and is **EXCUSED** from appearance at the September 21, 2009, hearing.

Signed: September 17, 2009

Dennis L. Howell
United States Magistrate Judge