# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv101

| | |
|---|---|
| NASEEM AHMED, *et al.*, ) | |
| Plaintiffs, ) | |
| Vs. ) | ORDER |
| ANTHONY PORTER, *et al.*, ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on John A. Northen's Motion to be Excused from Hearing on October 16, 2009, AND to Permit Co-Counsel to Appear at Future Hearings (#177) and Ryan G. Rich's Motion to Be Excused from Court Attendance (#179).

While Mr. Northen will be excused from the upcoming hearing inasmuch as co-counsel Ms. Parrott, a partner and co-counsel of record, appeared at an earlier hearing and was well prepared, the court simply cannot issue a blanket order excusing Mr. Northen from <u>all</u> future hearings. If he desires to no longer be counsel of record, he should file a motion to withdraw.

As to Mr. Rich' motion, it appears that he has a family event to attend and that lead counsel will be in attendance for defendant Source One. Attendance by lead

counsel will be sufficient.

**ORDER**

**IT IS, THEREFORE, ORDERED** that John A. Northen's Motion to be Excused from Hearing on October 16, 2009 (#177) is **ALLOWED**, to Permit Co-Counsel to Appear at Future Hearings (#177) is **DENIED**, and Ryan G. Rich's Motion to Be Excused from Court Attendance (#179) is **ALLOWED**.

Signed: October 13, 2009

Dennis L. Howell
United States Magistrate Judge