# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv101

| | |
|---|---|
| NASEEM AHMED, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ANTHONY PORTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on Meghan Knight's and Todd King's Motion to Excuse Attorneys from hearing. Such attorneys will be excused inasmuch as lead counsel for defendant A. Greg Anderson, Mr. Boyette, will attend.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Meghan Knight's and Todd King's Motion to Excuse Attorneys from hearing (#180) is **ALLOWED**, and Ms. Knight and Mr. King are excused from the October 16, 2009, hearing.

Signed: October 13, 2009

Dennis L. Howell
United States Magistrate Judge