**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09cv101**

| | |
|---|---|
| **NASEEM AHMED,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **ANTHONY PORTER,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on:

(1) Alan D. McInnes and Hayden J. Silver, III's Motion to be Excused from Court Attendance (#182);

(2) Joseph P. McGuire's Motion to be Excused from Court Attendance (#183); and

(3) Peter C. Anderson's Motion to be Excused from Hearing on October 16, 2009 (#188).

From the representations made in each motion, it appears to the court that each client will be represented at the hearing by an attorney who is either lead counsel or a partner with counsel, and who will be fully prepared to address concerns raised during such hearing, the requests will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that

(1) Alan D. McInnes and Hayden J. Silver, III's Motion to be Excused from Court Attendance (#182);

(2) Joseph P. McGuire's Motion to be Excused from Court Attendance (#183); and

(3) Peter C. Anderson's Motion to be Excused from Hearing on October 16, 2009 (#188),

are **ALLOWED**, and such attorneys are excused from the October 16, 2009, hearing.

Signed: October 15, 2009

Dennis L. Howell
United States Magistrate Judge