# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 1:09cv101-RJC-DLH

| NASEEM AHMED, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| | ) | ORDER |
| v. | ) | |
| ANTHONY PORTER, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Magistrate Judge's Second Memorandum and Recommendation ("M&R"), which recommends dismissing the claims of eight pro se litigants: Gary Gray, James Marchica, Jennifer Obiora, Lonnie Parker, Jr., James Schmehl, Victoria Schmehl, Michael Ugbogbo, and Aniekan Emmanuel Offiong. (Doc. No. 154). The parties were advised that objections were to be filed in writing within ten (10) days after service of the Magistrate Judge's decision. (Doc. No. 154 at 10). The time for filing objections has since passed, and no objections have been filed by any party in this matter, nor by any bankruptcy trustee who was served with a copy of the M&R. For the reasons stated below, the Court will affirm the M&R and dismiss the claims of the aforementioned pro se litigants.

I. **STANDARD OF REVIEW**

The Federal Magistrate Act provides that a district court "shall make a de novo determination of those portions of the report or specific proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); <u>Camby v. Davis</u>, 718 F.2d 198, 198 (4th Cir. 1983). "By contrast, in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in

order to accept the recommendation.'" Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

**II.  CONCLUSION**

Accordingly, after a careful review of the record in this case, the Court finds that the Magistrate Judge's findings of fact are supported by the record and his conclusions of law are consistent with and supported by current case law. The Court is further satisfied that these pro se litigants have received adequate warning, and that the Magistrate Judge has taken great care in ensuring that they understand their obligations in prosecuting the claims. Thus, the Court hereby accepts the M&R of the Magistrate Judge and adopts it as the final decision of this Court for all purposes relating to this case.

**IT IS, THEREFORE, ORDERED** that the causes of action asserted by the following pro se plaintiffs are **DISMISSED WITH PREJUDICE**:

1. **Gary Gray**, 6 Miles Cary Mews, Hampton, VA 23669;
2. **James Marchica**, 1111 N. Maryland Ave. #203, Glendale, CA 91207;
3. **Jennifer Obiora**, 6515 Belcrest Road #1313A, Hyattsville, MD 20782-2010;
4. **Lonnie Parker, Jr.**, 6300 Hil Mar Dr. #9, Forestville, MD 20747;
5. **James Schmehl**, 1108 Prestige Dr., Burkburnett, TX 76354;
6. **Victoria Schmehl**, 285 Ridge Rd., Lisbon Falls, ME 04252;
7. **Michael Ugbogbo**, 47 Featherbed Lane #4A, Bronx, NY 10452;
8. **Aniekan Emmanuel Offiong**, 315 Park Avenue, Piscataway, NJ 08854.

Signed: October 20, 2009

Robert J. Conrad, Jr.
Chief United States District Judge