IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
**1:09cv101**

| | |
|---|---|
| **NASEEM AHMED,** *et al.*, )<br>)<br>**Plaintiffs,** )<br>)<br>Vs. )<br>)<br>**ANTHONY PORTER,** *et al.*, )<br>)<br>**Defendants.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the court on the Source One defendants' Motion to Strike Defendants' Answer to Plaintiffs' Purported Second Amended Complaint. Having considered the Source One defendants' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Source One defendants' Motion to Strike Defendants' Answer to Plaintiffs' Purported Second Amended Complaint (#210) is **GRANTED,** and such defendants' October 9, 2009, Answer (#178) is **STRICKEN.**

Signed: November 3, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge