# United States District Court
# For The Western District of North Carolina
# Asheville Division

Marjorie J. Biller,
Dorothia E. McCarthy,
Owen M. McCarthy, and
Jeffrey B. McNeal

       Plaintiff(s),　　　　　　　　　JUDGMENT Confirming
　　　　　　　　　　　　　　　　　　　　Arbitration Awards

vs.　　　　　　　　　　　　　　　　　　1:09-cv-101

United Community Bank

       Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 7, 2010 Order on Defendant's Motion to Confirm Arbitration Awards as to the parties listed above.

                                            Signed: March 10, 2010

                                          */s/ Frank G. Johns*

                                          Frank G. Johns, Clerk
                                          United States District Court