# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 1:09cv101-RJC-DLH

| | |
|---|---|
| NASEEM AHMED, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ANTHONY PORTER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the plaintiffs' motion for default judgment against defendants Porter, O'Rourke, and Sunset Funding (Doc. No. 242). The Court has reviewed the motion and the October 30, 2009, entry of default against these defendants (Doc. No. 202).

The plaintiffs have provided affidavits stating the amount that each plaintiff in this action is allegedly owed. In demonstrating the dollar amounts of the plaintiffs' claims, each affidavit merely states that the plaintiff has "paid or [is] obligated to pay" a certain sum. Beyond these affidavits, however, the plaintiffs have offered no documentary evidence to substantiate these sums. Without a hearing, or at least documentary evidence of the plaintiffs' payments or obligations, the Court finds entering a judgment of default premature. In addition, none of the affidavits even mention Sunset, as they simply state, "I submit this Affidavit in support of my motion for default judgment against Defendants Porter and O'Rourke who have already been held in default in this action."

Default judgments are generally disfavored in the Fourth Circuit. Tazco, Inc. v. Dir., OWCP, 895 F.2d 949, 950 (4th Cir. 1990). In matters involving large sums of money, courts should take precaution to ensure such a large sum is warranted. See Sony Corp. v. Elm State Electronics, Inc., 800 F.2d 317, 320 (2d. Cir. 1986) (citing cases). The Court finds it improvident to grant default

judgment on these bare and incomplete affidavits alone, especially in light of the large sums of money at stake and the prayer for treble damages pursuant to N.C. Gen. Stat. § 75-16.[1]

**IT IS, THEREFORE, ORDERED** that the plaintiffs' motion for default judgment against defendants Porter, O'Rourke, and Sunset Funding (Doc. No. 242) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: June 23, 2010

Robert J. Conrad, Jr.
Chief United States District Judge

---

[1] Counsel for the plaintiffs notes that the sums sought are of "questionable collectability." Whether this assertion is true is of no consequence to the Court's legal determination.